# Criminal Case Cover Sheet

FILED: REDACTED

**U.S. District Court**

**Place of Offense:**　　☐ Under Seal

**Judge Assigned:** *PTG*

City:

Superseding Indictment:

**Criminal No.** *1:26-cr-91*

County:

Same Defendant:

New Defendant:

Magistrate Judge Case No.

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Young Joo Kim

Alias(es):

☐ Juvenile　FBI No.

**Address:** XXXX XXXXXX XXX, Fairfax, VA 22033

Employment:

**Birth Date:**　**SSN:** XXX-XX-XXXX　**Sex:** Male　Race: Asian　Nationality:

**Place of Birth:** S. Korea　Height:　Weight:　Hair:　Eyes:　Scars/Tattoos:

☒ **Interpreter**　**Language/Dialect:** Korean　Auto Description:

## Location/Status:

**Arrest Date:**　☐ Already in Federal Custody as of:　in:

☐ Already in State Custody　☐ On Pretrial Release　☒ Not in Custody

☐ Arrest Warrant Requested　☐ Fugitive　☐ Summons Requested

☐ Arrest Warrant Pending　☐ Detention Sought　☐ Bond

## Defense Counsel Information:

**Name:** Chong Park　☒ Court Appointed　Counsel Conflicts: Drew Hutcheson

Address: 161 Fort Evans Road, Suite 235, Leesburg, Virginia 201　☐ Retained　Nina Ginsburg

Phone: 703 955 2776　☐ Public Defender　☒ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Gavin R. Tisdale　**Phone:** 703 838 2625　Bar No. 241325 (DC)

## Complainant Agency - Address & Phone No. or Person & Title:

U.S. Secret Service (no complainant b/c pre-charge plea).

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1344, 1349 | conspiracy to commit bank fraud | 1 | Felony |
| Set 2: | | | | |
| Date: | 05/11/2026 | AUSA Signature: Gavin R. Tisdale | | *may be continued on reverse* |